**KEMP JONES, LLP**
Nathanael R. Rulis, Esq. (#11259)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
T: 702.385.6000 | F: 702.385.6001
n.rulis@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager *(Admitted pro hac vice)*
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne *(Admitted pro hac vice)*
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendant Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCY C., pseudonymously,<br><br>        Plaintiff,<br><br>      v.<br><br>MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO-HOTEL, LLC, NEW CASTLE, LLC, TREASURE ISLAND LV, LLC, PHILLIP E. RUFFIN, CAESAR'S ENTERTAINMENT, INC., DESERT PALACE, LLC, PARBALL NEWCO, LLC, PHW LAS VEGAS, LLC, PHW MANAGER, LLC, LAS VEGAS SANDS CORP., WYNN LAS VEGAS, LLC, EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO LLC, ESA P PORTFOLIO OPERATING LESSEE LLC, RED LION HOTELS CORPORATION, SONESTA INTERNATIONAL HOTELS CORPORATION, WHC816, LLC, RL SALT LAKE, LLC, CHOICE HOTELS INTERNATIONAL, INC., SALT LAKE LODGING, CRRC PROPERTIES, LLC, LA QUINTA FRANCHISING, LLC, CPLG PROPERTIES, LLC<br><br>        Defendants. | Case No. 2:24-cv-02027-JCM-MDC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that Michael J. Gayan, Esq. has disassociated from Kemp Jones, LLP. Mr. Gayan is no longer associated as counsel for Defendant Las Vegas Sands Corp. and current counsel is respectfully requesting that Mr. Gayan be removed from the service list for this matter.

Defendant continues to be represented by Nathanael Rulis, Esq. at Kemp Jones, LLP and David Sager, Esq. and Kyle Orne, Esq. at DLA PIPER LLP (US).

DATED this 31st day of January, 2025.

**KEMP JONES LLP**

/s/ Nathanael R. Rulis
Nathanael R. Rulis, Esq. (#11259)
3800 Howard Hughes Pkwy., 17th Floor
Las Vegas, Nevada 86169

**DLA PIPER LLP (US)**
David S. Sager *(Admitted pro hac vice)*
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078

Kyle T. Orne *(Admitted pro hac vice)*
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016

*Attorneys for Defendant Las Vegas Sands Corp.*

IT IS SO ORDERED:

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

Dated: 4/3/2025

1