Jonathan A. Rich, Esq.
Nevada Bar No. 15312
COZEN O'CONNOR
1180 North Town Center Drive, Suite 260
Las Vegas, NV  89107
Telephone: 702-470-2330
Facsimile: 702-470-2370
Email: jarich@cozen.com
*Attorneys for Defendants*
*Red Lion Hotels Corporation, Sonesta*
*International Hotel Corporation, WHC816, LLC*
*& RL Salt Lake LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Marcy C., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO-HOTEL, LLC, NEW CASTLE, LLC, TREASURE ISLAND LV, LLC, PHILLIP E. RUFFIN, CAESAR'S ENTERTAINMENT, INC., DESERT PALACE, LLC, PARBALL NEWCO, LLC, PHW LAS VEGAS, LLC, PHW MANAGER, LLC, LAS VEGAS SANDS CORP., WYNN LAS VEGAS, LLC, EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO LLC, ESA P PORTFOLIO OPERATING LESSEE LLC, RED LION HOTELS CORPORATION, SONESTA INTERNATIONAL HOTELS CORPORATION, WHC816, LLC, RL SALT LAKE, LLC, CHOICE HOTELS INTERNATIONAL, INC., SALT LAKE LODGING, CRRC PROPERTIES, LLC, LA QUINTA FRANCHISING, LLC, CPLG PROPERTIES, LLC<br><br>Defendants. | Case No. 2:24-cv-02027-JCM-MDC<br><br>**MOTION RE WITHDRAWAL OF ATTORNEY HAYLEY PRICE** |

/ / /

/ / /

/ / /

1

**PLEASE TAKE NOTICE** that Hayley Price is no longer an attorney with the law firm of Cozen O'Connor and hereby withdraws as counsel for Defendants Red Lion Hotels Corporation, Sonesta International Hotel Corporation, WHC816, LLC & RL Salt Lake LLC ("Defendants"). Defendants will continue to be represented by Cozen O'Connor in this action..

Dated: April 4, 2025

**COZEN O'CONNOR**

By: /s/ Jonathan A. Rich
Nevada Bar No. 15312
Email: jarich@cozen.com
1180 North Town Center Drive, Suite 260
Las Vegas, NV 89144
Telephone: (702) 470-2324
Facsimile: (702) 470-2370

Stephanie Chesney *(Pro Hac Vice)*
200 State Street, Suite 1105
Boston, MA 02109
Telephone: (617) 849-5010
Facsimile: (857) 488-4874
Email: schesney@cozen.com

Lynette D. Espy-Williams *(Pro Hac Vice)*
2001 M Street NW, Suite 500
Washington, D.C. 20036
Telephone: (202) 912-4845
Facsimile: (202) 499-4945
Email: lespy-williams@cozen.com

Benjamin I. Wilkoff *(Pro Hac Vice)*
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103
Telephone: (215) 665-7258
Facsimile: (215) 665-2013
Email: bwilkoff@cozen.com

*Attorneys for Defendants
Red Lion Hotels Corporation,
Sonesta International Hotels Corp, WHC816,
LLC, and RL Salt Lake, LLC*

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 4/11/2025

76733619\1