**ARMSTRONG TEASDALE LLP**
KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No.: 2798
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
T: 702.473.7092 | F:702.878.9995
kstolworthy@atllp.com

**DLA PIPER LLP (US)**
David S. Sager (admitted *pro hac vice*)
david.sager@us.dlapiper.com
51 John F. Kennedy Parkway Suite 120
Short Hills, New Jersey 07078-2704
Tel: 973.520.2550 |  Fax: 973.520.2551

Kyle T. Orne (admitted *pro hac vice*)
kyle.orne@us.dlapiper.com
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendants*
*La Quinta Franchising, LLC and CPLG Properties, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCY C., pseudonymously,<br><br>  Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO-HOTEL, LLC, NEW CASTLE, LLC, TREASURE ISLAND LV, LLC, PHILLIP E. RUFFIN, CAESAR'S ENTERTAINMENT, INC., DESERT PALACE, LLC, PARBALL NEWCO, LLC, PHW LAS VEGAS, LLC, PHW MANAGER, LLC, LAS VEGAS SANDS CORP., WYNN LAS VEGAS, LLC, EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO LLC, ESA P PORTFOLIO OPERATING LESSEE LLC, RED LION HOTELS CORPORATION, SONESTA INTERNATIONAL HOTELS CORPORATION, WHC816, LLC, RL SALT LAKE, LLC, CHOICE HOTELS INTERNATIONAL, INC., SALT LAKE LODGING, CRRC PROPERTIES, LLC, LA QUINTA FRANCHISING, LLC, CPLG PROPERTIES, LLC,<br><br>  Defendants. | Case No.: 2:24-cv-02027-JCM-MDC<br><br>**NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |

1

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Please take notice that Tracy A. DiFillippo, Esq. is no longer affiliated with Armstrong Teasdale LLP. Ms. DiFillippo is no longer associated as counsel for Defendants La Quinta Franchising, LLC and CPLG Properties, LLC. Remaining counsel identified below respectfully request that Ms. DiFillippo be removed from the service list for this matter.

Defendants continue to be represented by Kevin R. Stolworthy, Esq. at Armstrong Teasdale LLP and David Sager, Esq. and Kyle Orne, Esq. at DLA PIPER LLP (US).

Dated: April 8, 2025.

Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

By: /s/ *Kevin R. Stolworthy*
Kevin R. Stolworthy SBN 2798
kstolworthy@atllp.com
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

**DLA PIPER LLP (US)**

David S. Sager (admitted *pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 070798-2704
david.sager@us.dlapiper.com

Kyle T. Orne (admitted *pro hac vice*)
kyle.orne@us.dlapiper.com
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
dlaphx@us.dlapiper.com

*Attorneys for Defendants La Quinta Franchising, LLC and CPLG Properties, LLC*

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 4/11/2025