UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Marcy C., pseudonymously, | Case # 2:24-cv-02027 |
| Plaintiff(s), | VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL |
| vs. | |
| MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO-HOTEL, LLC, NEW CASTLE, LLC, TREASURE ISLAND LV, LLC, PHILLIP E. RUFFIN, CAESAR'S ENTERTAINMENT, INC., DESERT PALACE, LLC, PARBALL NEWCO, LLC, PHW LAS VEGAS, LLC, PHW MANAGER, LLC, LAS VEGAS SANDS CORP., WYNN LAS VEGAS, LLC, EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO LLC, ESA P PORTFOLIO OPERATING LESSEE LLC, RED LION HOTELS CORPORATION, SONESTA INTERNATIONAL HOTELS CORPORATION, WHC816, LLC, RL SALT LAKE, LLC, CHOICE HOTELS INTERNATIONAL, INC., SALT LAKE LODGING, CRRC PROPERTIES, LLC, LA QUINTA FRANCHISING, LLC, CPLG PROPERTIES, LLC | FILING FEE IS $250.00 |
| Defendant(s). | |

_____Emily Garnett_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Brownstein Hyatt Farber Schreck, LLP_____
(firm name)

with offices at _____675 15th Street, Suite 2900_____,
(street address)

_____Denver_____, _____Colorado_____, _____80202-4287_____,
(city)          (state)          (zip code)

_____303.223.1100_____, _____egarnett@bhfs.com_____.
(area code + telephone number)   (Email address)

Rev. 5/16

2. That Petitioner has been retained personally or as a member of the law firm by __Treasure Island LV, LLC__ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

3. That since __October 29, 2012__, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of __Colorado__
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Colorado | October 29, 2012 | 45047 |
| District of Columbia | August 8, 2016 | 1033530 |
| State of Illinois | July 21, 2017 | 6326125 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Colorado, District of Columbia, and Illinois.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| March 22, 2023 | Litigation | United States District Court District of Nevada | Granted |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

2                                                                                                   Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Emily R. Garnett*
Petitioner's signature

5  STATE OF    Nevada            )
                                 )
6  COUNTY OF   Clark             )

7        Emily Garnett    , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

*Emily R. Garnett*
Petitioner's signature

11 Subscribed and sworn to before me this
12 8th day of APRIL, 2025

*Christine D Chambers*
Notary Public or Clerk of Court

CHRISTINE D CHAMBERS
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19974019603
MY COMMISSION EXPIRES APRIL 3, 2027

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to                          , designate           Gregory A. Brower          
                                                   (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

Brownstein Hyatt Farber Scheck, LLP, 100 North City Parkway, Suite 1600       ,
                              (street address)

  Las Vegas       ,    Nevada    ,   89106    ,
   (city)              (state)      (zip code)

 702.382.2101   ,   gbrower@bhfs.com    .
(area code + telephone number)   (Email address)

3                                                    Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes
2  agreement and authorization for the designated resident admitted counsel to sign stipulations
3  binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies)

appoint(s) _____Gregory A. Brower_____ as
                   (name of local counsel)

his/her/their Designated Resident Nevada Counsel in this case.

Brad Anthony
_____
(party's signature)
Brad Anthony, General Counsel
Treasure Island LV, LLC
_____
(type or print party name, title)

Signed by:
*Brad Anthony*
1CE431665AC04DF...
_____

General Counsel
_____
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
_____
Designated Resident Nevada Counsel's signature

5232                    gbrower@bhfs.com
_____
Bar number              Email address

APPROVED:

Dated: April 18, 2025.

[signature]
_____
UNITED STATES DISTRICT JUDGE

4                                                                Rev. 5/16



**STATE OF COLORADO,** ss:

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Emily Renwick Garnett**

has been duly licensed and admitted to practice as an

### ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **29th**

day of **October** A.D. **2012** and that at the date hereof the said **Emily Renwick Garnett** is in good standing at this Bar.



**IN WITNESS WHEREOF**, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **30th** day of **October** A.D. **2024**

*Cheryl Stevens*

Clerk

By _____

Deputy Clerk



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Emily Renwick Garnett*

was duly qualified and admitted on August 8, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 28, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Emily Renwick Garnett

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 07/21/2017 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 29th day of October, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois