UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Marcy C., | 2:24-cv-02027-JCM-MDC |
| Plaintiff(s), | |
| vs. | ORDER DENYING STIPULATION |
| MGM Resorts International, et al., | |
| Defendant(s). | |

**IT IS ORDERED** that the *Stipulation to Stay Discovery* (ECF No. 76) is **DENIED WITHOUT PREJUDICE**. For clarity of the record, the parties should file an amended stipulation that includes a stipulation to lift the stay of the case (see ECF No. 62) and that the parties now seek only to stay discovery pending resolution of the pending motion to dismiss. In addition, the amended stipulation must include the judicial signature block in compliance with LR IA 6-2. For various reasons, LR IA 6-2 requires the judicial signature block to appear on the same page as the last substantive matter.

DATED this 5th day of May 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge