**KEMP JONES**
Nathanael R. Rulis
Nevada Bar No.: 11259
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
n.rulis@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (admitted *pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne (admitted *pro hac vice*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Las Vegas Sands LLC
dba The Venetian Las Vegas and
Venetian Las Vegas Gaming, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCY C., pseudonymously,<br><br>  Plaintiff,<br><br>  v.<br><br>MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO-HOTEL, LLC, NEW CASTLE, LLC, TREASURE ISLAND LV, LLC, PHILLIP E. RUFFIN, CAESAR'S ENTERTAINMENT, INC., DESERT PALACE, LLC, PARBALL NEWCO, LLC, PHW LAS VEGAS, LLC, PHW MANAGER, LLC, LAS VEGAS SANDS CORP., WYNN LAS VEGAS, LLC, EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO LLC, ESA P PORTFOLIO OPERATING LESSEE LLC, RED LION HOTELS CORPORATION, SONESTA INTERNATIONAL HOTELS CORPORATION, WHC816, LLC, RL SALT LAKE, LLC, CHOICE HOTELS | Case No. 2:24-cv-02027-JCM-MDC<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

1

KEMP JONES, LLP
3800 Howard Hughes Parkway
Seventeenth Floor
Las Vegas, Nevada 89169
(702) 385-6000 • Fax (702) 385-6001
kjc@kempjones.com

INTERNATIONAL, INC., SALT LAKE LODGING, CRRC PROPERTIES, LLC, LA QUINTA FRANCHISING, LLC, CPLG PROPERTIES, LLC

                    Defendants.

Defendant LAS VEGAS SANDS CORP. ("the Sands") and Plaintiff Marcy C. ("Marcy"), through their respective counsel of record, hereby stipulate and agree as follows:

**I.**

**STIPULATION**

1. On October 3, 2024, Plaintiff filed her Complaint in the District Court for Clark County, Nevada.

2. On October 29, 2024, Defendant Wynn Las Vegas, LLC timely removed this Action to this Court. ECF 1.

3. Plaintiff's operative complaint names LAS VEGAS SANDS CORP. as a Defendant to this action.

4. The Parties agree to dismiss LAS VEGAS SANDS CORP. without prejudice.

5. The Parties agree to add VENETIAN LAS VEGAS GAMING, LLC as a Defendant in place of LAS VEGAS SANDS CORP.

6. The Parties agree the case caption shall be updated to reflect the dismissal of LAS VEGAS SANDS CORP. and the addition of VENETIAN LAS VEGAS GAMING, LLC.

/ / /

/ / /

/ / /

/ / /

7. The Parties further agree that Plaintiff may, at her election, file a First Amended Complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure for the sole purpose of adding VENETIAN LAS VEGAS GAMING, LLC as a Defendant in place of LAS VEGAS SANDS CORP., without using its right to amend once as a matter of course within the meaning of Rule 15(a)(1).

IT IS SO STIPULATED.

DATED this 9th day of May, 2025.

**KEMP JONES LLP**

/s/ Nathanael Rulis
Nathanael R. Rulis (#11259)
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, Nevada 86169

**DLA PIPER LLP (US)**
David S. Sager (*pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078

Kyle T. Orne (*pro hac vice*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016

*Counsel for Defendant Las Vegas Sands Corp. dba The Venetian Las Vegas and Venetian Las Vegas Gaming, LLC*

DATED this 9th day of May, 2025.

**HILTON PARKER LLC**

/s/ Geoffrey Parker
Jonathan L. Hilton (#16889)
Geoffrey C. Parker (*pro hac vice*)
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

**THE 702 FIRM INJURY ATTORNEYS**
Michael C. Kane (#10096)
Bradley J. Myers (#8857)
Joel S. Hengstler (#11597)
8335 W. Flamingo Rd.
Las Vegas, NV 89147

*Counsel for Plaintiff Marcy C.*

IT IS SO ORDERED:

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge

DATED: 5/12/2025

3