**KEMP JONES**
Nathanael R. Rulis
Nevada Bar No.: 11259
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
n.rulis@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (admitted *pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
david.sager@us.dlapiper.com

Kyle T. Orne (admitted *pro hac vice*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com
*Attorneys for Defendant Las Vegas Sands Corp.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Marcy C., pseudonymously,<br><br>    Plaintiff,<br><br>  v.<br><br>MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO-HOTEL, LLC, NEW CASTLE, LLC, TREASURE ISLAND LV, LLC, PHILLIP E. RUFFIN, CAESAR'S ENTERTAINMENT, INC., DESERT PALACE, LLC, PARBALL NEWCO, LLC, PHW LAS VEGAS, LLC, PHW MANAGER, LLC, LAS VEGAS SANDS CORP., WYNN LAS VEGAS, LLC, EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO LLC, ESA P PORTFOLIO OPERATING LESSEE LLC, RED LION HOTELS CORPORATION, SONESTA INTERNATIONAL HOTELS CORPORATION, WHC816, LLC, RL SALT LAKE, LLC, CHOICE HOTELS INTERNATIONAL, INC., SALT LAKE LODGING, CRRC PROPERTIES, LLC, LA QUINTA FRANCHISING, LLC, CPLG PROPERTIES, LLC<br><br>    Defendants. | Case No.  2:24-cv-02027-JCM-MDC<br><br>**AMENDED STIPULATION AND ORDER REGARDING STAY AND BRIEFING SCHEDULE FOR RESPONSES TO THE COMPLAINT**<br><br>**(SECOND REQUEST)** |

1

Plaintiff, Marcy C. ("Plaintiff"), and Defendants, MGM Resorts International, The Mirage Casino-Hotel, LLC, New Castle, LLC, Treasure Island LV, LLC, Las Vegas Sands Corp., La Quinta Franchising, LLC, CPLG Properties, LLC, Choice Hotels International, Inc., Parball Newco, LLC, PHW Las Vegas, LLC, PHW Manager, LLC, Rio Properties, LLC, Red Lion Hotels Corporation, Sonesta International Hotels Corp, WHC816, LLC, RL Salt Lake, LLC, Wynn Las Vegas, LLC, Extended Stay America, Inc., ESA P Portfolio, LLC, ESA P Portfolio Operating Lessee, LLC, Salt Lake Lodging, LLC and CRRC Properties, LLC ("Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

## I.

## STIPULATIONS

**A.     Lifting the Previously Entered Stay**

1. On October 3, 2024, Plaintiff filed her Complaint in the District Court for Clark County, Nevada.

2. On October 29, 2024, Defendant Wynn Las Vegas, LLC timely removed this Action to this Court. ECF 1.

3. In her Complaint, Plaintiff asserts a claim against Defendants for alleged human trafficking in violation of 18 U.S.C. § 1595, the Trafficking Victims Protection Reauthorization Act ("TVPRA"), as well as other state law common law and statutory claims.

4. Pursuant to the TVPRA, however, "[a]ny civil action filed under subsection (a) shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim." 18 U.S.C. § 1595(b)(1).

5. The TVPRA further states that a "criminal action includes investigation and prosecution and is pending until final adjudication in the trial court." 18 U.S.C. § 1595(b)(2).

6. Plaintiff's alleged trafficker identified in her Complaint, Delquan Danford ("Danford"), was subject to criminal prosecution in Utah for aggravated human trafficking.

7. Plaintiff and Defendants previously stipulated that the TVPRA requires that this entire Action be stayed pending final adjudication in the Utah trial court of Danford's criminal

action. *See* Stipulation and Order Regarding Staying Action and Extending Time to Respond to the Complaint (ECF No. 62) (the "Stipulated Stay").

8. Plaintiff and Defendants also agreed in the Stipulated Stay that Defendants' time to respond to Plaintiff's Complaint shall be extended to such date that is thirty (30) days after final adjudication of Danford's criminal action, whether by acquittal, sentencing, or dismissal. This extension was intended to ensure all Defendants are on the same briefing schedule. ECF No. 62, ¶10.

9. Sentencing in Danford's criminal action occurred on April 1, 2025. Plaintiff and Defendants are informed that Danford has also filed an appeal.

10. In light of the procedural posture of Danford's criminal action, the Parties hereby stipulate and agree that the Stipulated Stay (ECF No. 62) should now be lifted.

**B.    Briefing Schedule on Motions to Dismiss Plaintiff's Complaint**

In furtherance of the Plaintiff and Defendants' intentions to ensure a consistent briefing scheduling going forward, the Parties hereby agree to the following briefing schedule for any and all responses to Plaintiff's Complaint:

    a. Defendants will file any responses or motions by **May 9, 2025**;

    b. Plaintiff's responses to Defendants' motions or pleadings will be filed by **June 6, 2025**; and

    c. Defendants' replies in support of any motions will be filed by **June 20, 2025**.

**C.    Stay of Discovery Pending Motions to Dismiss**

In light of the agreed-upon briefing schedule and, in the interests of judicial economy and to avoid incurring potentially unnecessary attorneys' fees and costs, the Parties also agree that discovery should now only be stayed pending the Court's ruling/s on the forthcoming motions to dismiss. Good cause exists for a stay of discovery. First, the motions to dismiss will be pending before this Court, and no fact discovery is needed to resolve these motions seeking the complete dismissal of Plaintiff's Complaint. *Schrader v. Wynn Las Vegas, LLC*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, at *2 (D. Nev. Oct. 14, 2021); *Aristocrat Techs., Inc. v. Light & Wonder, Inc.*, No. 2:24-cv-00382-GMN-MDC, 2024 WL 2302151, at *2 (D. Nev. May 21, 2024)

3

1  (pragmatic approach permits stay of discovery "(1) if the dispositive motion can be decided
2  without further discovery; and (2) good cause exists to stay discovery."); *see also* Fed. R. Civ. P.
3  1 (goal to secure the just, speedy and inexpensive resolution of cases"). Additionally, any
4  discovery in this case would involve the production of records involving a Plaintiff who alleges
5  she is a survivor of human trafficking. Plaintiff believes that maintaining her privacy is crucial at
6  this point, and any stay would obviate the need for a disclosure of her identity until the forthcoming
7  motions to dismiss are decided. Any discovery would necessarily involve highly sensitive
8  documents related to Plaintiff, including her identity.

9  A stay while motions to dismiss that do not need fact discovery are pending is therefore
10 consistent with this Court's holding in *Schrader v. Wynn Las Vegas, LLC*, No. 2:19-cv-02159,
11 2021 WL 4810324, *2 (D. Nev. Oct. 14, 2021), as it will maximize Plaintiff's interest in
12 maintaining her privacy, as well as conserve judicial resources and avoid unnecessary costs. *See*
13 *id.* at *5 (granting stay motion because a party "demonstrated harm or prejudice will result if
14 discovery proceeds now" and "good cause exists to continue the stay of discovery"); *see also* Order
15 Granting Stipulation to Stay Discovery, *C.C. v. Rashid et al.*, No. 2:23-cv-02056 (D. Nev. Apr.
16 30, 2024), ECF No. 96 (staying case with similar human trafficking allegations pending the Court's
17 decision on pending motions to dismiss); Order Granting Stipulation to Stay Discovery, *S.C. v.*
18 *Hilton Franchise Holding LLC et al.*, No. 2:23-cv-02037 (D. Nev. May 6, 2024), ECF No. 52
19 (same).

20 To the extent that the Court's decisions on the motions to dismiss do not fully dispose of
21 this matter, the Parties agree that a discovery plan and proposed scheduling order shall be due
22 within thirty (30) days of the Court's decision on the last of the motions to dismiss.
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

The Parties further discussed and intend to propose a one (1) year discovery period commencing as of the date of the Court's ruling on the motions to dismiss.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: 5/12/2025

DATED this 7th day of May, 2025.

**KEMP JONES LLP**

*/s/ Nathanael Rulis*
Nathanael R. Rulis (#11259)
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, Nevada 86169

**DLA PIPER LLP (US)**
David S. Sager (*pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078

Kyle T. Orne (*pro hac vice*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016

*Counsel for Defendant Las Vegas Sands Corp.*

DATED this 7th day of May, 2025.

**HILTON PARKER LLC**

*/s/ Geoffrey Parker*
Jonathan L. Hilton (#16889)
Geoffrey C. Parker (*pro hac vice*)
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

**THE 702 FIRM INJURY ATTORNEYS**
Michael C. Kane (#10096)
Bradley J. Myers (#8857)
Joel S. Hengstler (#11597)
8335 W. Flamingo Rd.
Las Vegas, NV 89147

*Counsel for Plaintiff Marcy C.*

5

| | |
|---|---|
| **KNIGHT & RYAN PLLC** | **SNELL & WILMER** |
| */s/ Ellen Dew* | */s/ Allison McQueen* |
| Robert A. Ryan (#12084) | Patrick G. Byrne (#7636) |
| Scott A. Knight (#9083) | Dawn L. Davis (#13329) |
| 8880 W. Sunset Road Suite 130 | 1700 S. Pavilion Center Drive, Suite 700 |
| Las Vegas, Nevada 89148 | Las Vegas, Nevada 89135 |
| **DLA PIPER LLP (US)** | **JONES DAY** |
| Ellen E. Dew (*pro hac vice*) | Bethany Biesenthal (*pro hac vice*) |
| 650 S Exeter Street Suite 1100 | Allison McQueen (*pro hac vice*) |
| Baltimore, Maryland 21202-4576 | 110 North Wacker Drive, Suite 4800 |
| | Chicago, Illinois 60606 |
| *Counsel for Defendants MGM Resorts International, The Mirage Casino-Hotel, LLC, and New Castle, LLC* | Nicole Perry (*pro hac vice*) |
| | 717 Texas Street, Suite 3300 |
| | Houston, Texas 77002 |
| | *Counsel for Defendant Wynn Las Vegas, LLC* |
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **SCHNITZER JOHNSON & WATSON, CHTD.** |
| */s/ Emily Dyer* | */s/ Sara Turner* |
| Gregory A. Brower (#5232) | Tyler Watson (#11735) |
| Emily L. Dyer (#14512) | 8985 S. Eastern Avenue, Suite 200 |
| 100 North City Parkway, Suite 1600 | Las Vegas, Nevada 89123 |
| Las Vegas, NV 89106 | |
| | **BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC** |
| Emily Garnett (*pro hac vice*) | Sara M. Turner (*pro hac vice* forthcoming) |
| 675 15th Street, Suite 2900 | 1901 6th Avenue North, Suite 2600 |
| Denver, CO 80202 | Birmingham, Alabama 35203 |
| *Counsel for Defendant Treasure Island LV, LLC* | *Counsel for Defendant Choice Hotels International, Inc.* |
| **ARMSTRONG TEASDALE LLP** | **MCDONALD CARANO LLP** |
| */s/ Kyle Orne* | */s/ Kristen Gallagher* |
| Kevin Stolworthy (#2798) | Kristen T. Gallagher (#9561) |
| 7160 Rafael Rivera Way | 2300 W. Sahara Avenue, Suite 1200 |
| Las Vegas, Nevada 89113 | Las Vegas, NV 89102 |
| **DLA PIPER LLP (US)** | **ARENTFOX SCHIFF LLP** |
| David Sager (*pro hac vice*) | Ann H. MacDonald (*pro hac vice*) |
| 51 John F. Kennedy Parkway, Suite 120 | 233 South Wacker Drive, Suite 7100 |
| Short Hills, New Jersey 07078 | Chicago, IL 60606 |

6

| | | |
|---|---|---|
| 1 | | |
| 2 | Kyle Orne (*pro hac vice*)<br>2525 East Camelback Road, Suite 1100 | Elise H. Yu (*pro hac vice*)<br>350 South Main Street, Suite 210 |
| 3 | Phoenix, Arizona 85016 | Ann Arbor, MI 48104 |
| 4 | *Counsel for Defendants La Quinta* | *Counsel for Defendants* |
| 5 | *Franchising, LLC and CPLG Properties, LLC* | *Parball Newco, LLC, PHW Las Vegas, LLC, PHW Manager, LLC, and Rio Properties, LLC* |
| 6 | | |
| 7 | **COZEN O'CONNOR** | **WEINBERG, WHEELER, HUDGINS, GUNN AND DIAL** |
| 8 | */s/ Benjamin Wilkoff* | |
|   | Jonathan Rich (#15312) | */s/ Christopher Byrd* |
| 9 | 1180 North Town Center Drive, Suite 260 | Trisha Delos Santos (#15902) |
| 10 | Las Vegas, NV 89144 | 6385 S. Rainbow Blvd., #400<br>Las Vegas, NV 89118 |
| 11 | Stephanie Chesney (*pro hac vice*) | |
|    | 200 State Street, Suite 1105 | Christopher T. Byrd (#6582) |
| 12 | Boston, MA 02109 | 3344 Peachtree Road, NE<br>Suite #2400 |
| 13 | Benjamin I. Wilkoff (*pro hac vice*) | Atlanta, GA 30326 |
| 14 | One Liberty Place<br>1650 Market Street, Suite 2800 | *Counsel for Defendants Extended Stay* |
| 15 | Philadelphia, PA 19103 | *America, Inc., ESA P Portfolio, LLC, and ESA P Portfolio Operating Lessee, LLC* |
| 16 | *Counsel for Defendants Red Lion Hotels* | |
| 17 | *Corporation, Sonesta International Hotels Corp, WHC816, LLC, and RL Salt Lake,* | |
| 18 | *LLC* | |
| 19 | **CLARKSON & ASSOCIATES, LLC** | |
| 20 | */s/ Sam Patel* | |
|    | Satesh Sam Patel (#15081) | |
| 21 | Matthew Douglas Spring (#11721) | |
| 22 | 162 North 400 East, Ste. A-204<br>St. George, Utah 84770 | |
| 23 | *Counsel for Defendants Salt Lake Lodging, LLC and CRRC Properties, LLC* | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |