Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Ann H. MacDonald (admitted p*ro hac vice*)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
ann.macdonald@afslaw.com

Elise H. Yu (admitted *pro hac vice*)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
ann.macdonald@afslaw.com

*Attorneys for Defendants Parball Newco, LLC, PHW Las Vegas, LLC, PHW Manager, LLC, Rio Properties, LLC and for PHWLV, LLC, Caesars Entertainment Inc., and Desert Palace, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCY C., pseudonymously, | Case No.:  2:24-cv-02027-JCM-MDC |
| Plaintiff, | |
| vs. | |
| MGM RESORTS INTERNATIONAL; THE MIRAGE CASINO-HOTEL, LLC; NEW CASTLE, LLC; TREASURE ISLAND LV, LLC; PHILLIP E. RUFFIN; CAESAR'S ENTERTAINMENT, INC.; DESERT PALACE, LLC; PARBALL NEWCO, LLC; PHW LAS VEGAS, LLC; PHW MANAGER, LLC; RIO PROPERTIES, LLC; LAS VEGAS SANDS CORP.; WYNN LAS VEGAS, LLC; EXTENDED STAY AMERICA, INC; ESA P PORTFOLIO L.L.C.; ESA P PORTFOLIO OPERATING LESSEE LLC; RED LION HOTELS CORPORATION; SONESTA INTERNATIONAL HOTELS CORPORATION; WHC816, LLC; RL SALT LAKE, LLC; CHOICE HOTELS INTERNATIONAL, INC.; SALT LAKE LODGING; CRRC PROPERTIES, LLC; LA QUINTA FRANCHISING, LLC; CPLG PROPERTIES, LLC. | **STIPULATION AND ORDER TO SUBSTITUTE DEFENDANTS PHW LAS VEGAS, LLC AND PHW MANAGER, LLC, AND TO CORRECT DOCKET** |
| Defendants. | |

1  Defendants Parball Newco LLC ("Bally's"), PHW Las Vegas, LLC and PHW Manager, LLC ("Planet Hollywood"), and Rio Properties, LLC ("Rio Hotel & Casino" or the "Rio") (together, the "Caesars Defendants") and Plaintiff Marcy C. ("Plaintiff"), by and through their respective counsel of record, hereby agree and stipulate as follows:

    1. PHWLV, LLC shall be substituted as the correct Defendant in the place of Defendants PHW Las Vegas, LLC and PHW Manager, LLC;

    2. Plaintiff's claims against Defendants PHW Las Vegas, LLC and PHW Manager, LLC shall be dismissed without prejudice; and

    3. The parties respectfully request that the Court direct the clerk to correct the docket to reflect that Caesars Entertainment, Inc. and Desert Palace, LLC are not parties to the above-captioned proceeding.

DATED this 8th day of May, 2025.

Respectfully submitted,

| McDONALD CARANO LLP | HILTON PARKER LLC |
|---|---|
| By: */s/ Kristen T. Gallagher*<br>Kristen T. Gallagher (NSBN 9561)<br>kgallagher@mcdonaldcarano.com | By: */s/ Jonathan L. Hilton*<br>Jonathan L. Hilton (NSBN 16889)<br>Geoffrey C. Parker (*pro hac vice* to be submitted)<br>jhilton@hiltonparker.com<br>gparker@hiltonparker.com |
| Ann H. MacDonald<br>(admitted *pro hac vice*)<br>ARENTFOX SCHIFF LLP<br>ann.macdonald@afslaw.com | Michael C. Kane (NSBN 10096)<br>Bradley J. Myers (NSBN 8857)<br>Joel S. Hengstler (NSBN 11597)<br>THE702FIRM INJURY ATTORNEYS<br>service@the702firm.com |
| Elise H. Yu (admitted *pro hac vice*)<br>ARENTFOX SCHIFF LLP<br>elise.yu@afslaw.com | *Attorneys for Plaintiff* |
| *Attorneys for Defendants Parball Newco, LLC, PHW Las Vegas, LLC, PHW Manager, LLC, Rio Properties, LLC and for PHWLV, LLC, Caesars Entertainment Inc., and Desert Palace, LLC* | |

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 5/13/2025