**KNIGHT & RYAN PLLC**
Robert A. Ryan, #12084
robert@knightryan.com
Scott A. Knight, #9083
scott@knightryan.com
8880 W. Sunset Road Suite 130
Las Vegas, Nevada 89148
Tel: (702) 462-6083
Fax: (702) 462-6084

**DLA PIPER LLP (US)**
Darryl Tarver (*pro hac vice* forthcoming)
darryl.tarver@us.dlapiper.com
Sima G. Fried (*pro hac vice* forthcoming)
sima.fried@us.dlapiper.com
Alexa Ain (*pro hac vice* forthcoming)
alexa.ain@us.dlapiper.com
650 S Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
Tel: 410.580.3000
Fax: 410.580.3001

*Attorneys for Defendants*
*MGM Resorts International,*
*The Mirage Casino-Hotel, LLC,*
*and New Castle, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MCKENZIE KELLER,<br><br>           Plaintiff,<br><br>     v.<br><br>MGM RESORTS INTERNATIONAL, et al.,<br><br>           Defendant. | Case No. 2:24-cv-02027-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff, Marcy C. ("Plaintiff"), and Defendants, MGM Resorts International, The Mirage Casino-Hotel, LLC, New Castle, LLC, Treasure Island LV, LLC, Parball Newco, LLC, PHWLV,

-1-

1  LLC, Rio Properties, LLC, Venetian Las Vegas Gaming, LLC, and Wynn Las Vegas, LLC
2  ("Defendants"), hereby stipulate and agree as follows:
3       1.    On July 17, 2025, This Court entered an Order [ECF No. 135], granting several
4  pending Motions to Dismiss, dismissing Plaintiff's claims without prejudice and with leave to
5  amend.
6       2.    On August 1, 2025, Plaintiff filed her First Amended Complaint [ECF No. 138],
7  which added and removed parties.
8       3.    Pursuant to Fed. R. Civ. P. 15(a)(3), the deadline for all Parties to respond to
9  Plaintiff's First Amended Complaint is currently August 15, 2025.
10      4.    Following the filing of the Amended Complaint, Plaintiff and Defendants met and
11 conferred and Plaintiffs agreed to provide Defendants with a one-week extension of time to
12 respond to the First Amended Complaint, making any responses due by **August 22, 2025**. Good
13 cause exists for this extension as counsel for certain Defendants will be traveling due to pre-
14 planned commitments and unavailable during portions of the current response period.
15      5.    This is the first request for an extension of the deadline to respond to the First
16 Amended Complaint.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: August 13, 2025

Respectfully submitted,

Dated: August 7th 2025

| THE 702 FIRM INJURY ATTORNEYS | KNIGHT & RYAN PLLC |
|---|---|
| By: /s/ *Geoffrey C. Parker* | By: /s/ *Robert A. Ryan* |
| Michael C. Kane, #10096 | Robert A. Ryan, #12084 |
| mike@the702firm.com | robert@knightryan.com |

-2-

| | |
|---|---|
| Bradley J. Myers, #8857<br>brad@the702firm.com<br>Joel S. Hengstler, #11597<br>joel@the702firm.com<br>8335 W. Flamingo Road<br>Las Vegas, Nevada 89147<br>Tel: (702) 776-3333<br>Fax: (702) 505-9787<br><br>HILTON PARKER LLC<br>Geoffrey C. Parker, #16952<br>gparker@hiltonparker.com<br>Jonathan L. Hilton, #16889<br>jhilton@hiltonparker.com<br>7658 Slate Ridge Boulevard<br>Reynoldsburg, Ohio 43068<br>Tel: (614) 992-2277<br>Fax: (614) 927-5980<br>*Attorneys for Plaintiff* | Scott A. Knight, #9083<br>scott@knightryan.com<br>8880 W. Sunset Road Suite 130<br>Las Vegas, Nevada 89148<br>Tel: (702) 462-6083<br>Fax: (702) 462-6084<br><br>DLA PIPER LLP (US)<br>Darryl Tarver (*pro hac vice* forthcoming)<br>darryl.tarver@us.dlapiper.com<br>Alexa Ain (*pro hac vice* forthcoming)<br>alexa.ain@us.dlapiper.com<br>Ellen E. Dew (admitted *pro hac vice*)<br>650 S Exeter Street Suite 1100<br>Baltimore, Maryland 21202-4576<br>Tel: 410.580.3000<br>Fax: 410.580.3001<br><br>*Attorneys for Defendants*<br>*MGM Resorts International,*<br>*The Mirage Casino-Hotel, LLC,*<br>*and New Castle, LLC* |
| MCDONALD CARANO LLP<br><br>By:  /s/ *Elise H. Yu*<br>  Kristen T. Gallagher, Nevada Bar No. 9561<br>2300 W. Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102<br>Telephone:  (702) 873-4100<br>Email:  kgallagher@mcdonaldcarano.com<br><br>Ann H. MacDonald (admitted *Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>Telephone:  (312) 258-5548<br>Email:  ann.macdonald@afslaw.com<br><br>Elise H. Yu (admitted *Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP | SNELL & WILMER<br><br>By:   /s/ *Nicole Perry*<br>  Patrick G. Byrne, Nev. Bar # 7636<br>  pbyrne@swlaw.com<br><br>Dawn L. Davis, Nev. Bar #. 13329<br>ddavis@swlaw.com<br>1700 S. Pavilion Center Drive, Suite 700<br>Las Vegas, Nevada 89135<br>Telephone:  (702) 784-5275<br>Fascimile:  (702) 784-5252<br><br>JONES DAY<br>Bethany Biesenthal (admitted *Pro Hac Vice*)<br>bbiesenthal@jonesday.com<br>Allison McQueen (admitted *Pro Hac Vice*)<br>amcqueen@jonesday.com<br>110 North Wacker Drive, Suite 4800<br>Chicago, Illinois 60606 |

-3-

|   |   |
|---|---|
| 350 South Main Street, Suite 210<br>Ann Arbor, MI 48104<br>Telephone: (734) 222-1556<br>Facsimile: (734) 222-1501<br>Email: elise.yu@afslaw.com<br><br>*Counsel for Defendants*<br>*Parball Newco, LLC, PHWLV, LLC, and*<br>*Rio Properties, LLC* | Telephone: (312) 782-3939<br>Facsimile: (312) 782-8585<br><br>Nicole Perry (admitted *Pro Hac Vice*)<br>nmperry@jonesday.com<br>717 Texas Street, Suite 3300<br>Houston, Texas 77002<br>Telephone: (832) 239-3939<br>Facsimile: (832) 239-3600<br><br>*Attorneys for Defendant*<br>*Wynn Las Vegas, LLC* |
| BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>By:   /s/ *Emily L. Dyer*<br>   Gregory A. Brower<br>   Nevada Bar No. 5232<br>   Emily L. Dyer<br>   Nevada Bar No. 14512<br>   100 North City Parkway, Suite 1600<br>   Las Vegas, NV 89106<br>   Telephone: (702) 382-2101<br>   Email: gbrower@bhfs.com<br>          edyer@bhfs.com<br><br>Emily Garnett (admitted *Pro Hac Vice*)<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>675 15th Street, Suite 2900<br>Denver, CO 80202<br>Telephone: (303) 223-1147<br>Email: egarnett@bhfs.com<br><br>*Counsel for Defendant*<br>*Treasure Island LV, LLC* | KEMP JONES, LLP<br><br>By:  /s/ *Kyle T. Orne*<br>   Nathanael R. Rulis, Nev. Bar #11259<br>   n.rulis@kempjones.com<br><br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Tel: (702) 385-6000<br>Fax: (702) 385-6001<br><br>DLA PIPER LLP (US)<br>David Sager (admitted *pro hac vice*)<br>david.sager@dlapiper.com<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Tel: (973) 520-2570<br><br>Kyle Orne (admitted *pro hac vice*)<br>kyle.orne@dlapiper.com<br>2525 East Camelback Road, Suite 1100<br>Phoenix, Arizona 85016<br>Tel: (480) 606-5172<br>Fax: (480) 606-5527<br><br>*Counsel for Defendant*<br>*Venetian Las Vegas Gaming, LLC* |