Kristen T. Gallagher (NSBN 9561)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
kgallagher@mcdonaldcarano.com

Ann H. MacDonald (admitted pro hac vice)
ARENTFOX SCHIFF LLP
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Telephone: (312) 258-5500
ann.macdonald@afslaw.com

Elise H. Yu (admitted pro hac vice)
ARENTFOX SCHIFF LLP
350 South Main Street, Suite 210
Ann Arbor, MI 48104
Telephone: (734) 222-1500
ann.macdonald@afslaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MCKENZIE KELLER,<br><br>Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL; THE MIRAGE CASINO-HOTEL, LLC; NEW CASTLE, LLC; TREASURE ISLAND, LLC; PHILLIP E. RUFFIN; PARBALL NEWCO, LLC; PHWLV, LLC; RIO PROPERTIES, LLC; VENETIAN LAS VEGAS GAMING, LLC.; WYNN LAS VEGAS, LLC,<br><br>Defendants. | Case No.: 2:24-cv-02027-JCM-MDC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR REPLIES IN SUPPORT OF MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff, McKenzie Keller ("Plaintiff"), and Defendants, MGM Resorts International, The Mirage Casino-Hotel, LLC, New Castle, LLC, Treasure Island, LLC, Parball Newco, LLC, PHWLV, LLC, Rio Properties, LLC, Venetian Las Vegas Gaming, LLC, and Wynn Las Vegas, LLC ("Defendants"), hereby stipulate and agree as follows:

1. On August 1, 2025, Plaintiff filed her First Amended Complaint [ECF No. 138], which added and removed parties.

2. On August 22, 2025, Defendants filed their respective Motions to Dismiss Plaintiff's First Amended Complaint [ECF Nos. 148-152].

3. On September 5, 2025, Plaintiff filed her Response in Opposition [ECF No. 153].

4. Following the filing of Plaintiff's Response, Plaintiff and Defendants met and conferred and Plaintiff agreed to provide Defendants with a two-week extension of time to file their Replies in Support of their respective Motions to Dismiss, making any replies due by **September 26, 2025**. Good cause exists for this extension as counsel for certain Defendants will be traveling and/or unavailable due to pre-planned commitments during portions of the current reply period, and the extension would conserve judicial and party resources by allowing all Defendants to proceed on the same briefing schedule.

5. This is the first request for an extension of the deadline to extend Defendants MGM Resorts International, The Mirage Casino-Hotel, LLC, New Castle, LLC, Treasure Island, LLC, Parball Newco, LLC, PHWLV, LLC, Rio Properties, LLC, Venetian Las Vegas Gaming, LLC, and Wynn Las Vegas, LLC's deadline to file their respective replies in support of their Motions to Dismiss.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 10, 2025

Respectfully submitted,

Dated: September 9, 2025.

| THE 702 FIRM INJURY ATTORNEYS | KNIGHT & RYAN PLLC |
|---|---|
| By: /s/ Geoffrey C. Parker<br>Michael C. Kane, NSBN 10096<br>Bradley J. Myers, NSBN 8857<br>Joel S. Hengstler, NSBN 11597<br>8335 W. Flamingo Road<br>Las Vegas, Nevada 89147<br>Telephone: (702) 776-3333<br>mike@the702firm.com<br>brad@the702firm.com<br>joel@the702firm.com | By: /s/ Robert A. Ryan<br>Robert A. Ryan, NSBN 12084<br>Scott A. Knight, NSBN 9083<br>8880 W. Sunset Road Suite 130<br>Las Vegas, Nevada 89148<br>Telephone: (702) 462-6083<br>robert@knightryan.com<br>scott@knightryan.com |

HILTON PARKER LLC
Geoffrey C. Parker, NSBN 16952
Jonathan L. Hilton, NSBN 16889
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone: (614) 992-2277
gparker@hiltonparker.com
jhilton@hiltonparker.com

*Attorneys for Plaintiff*

DLA PIPER LLP (US)
Darryl Tarver (*pro hac vice* forthcoming)
Alexa Ain (*pro hac vice* forthcoming)
Ellen E. Dew (admitted *pro hac vice*)
650 S Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
Telephone: (410) 580-3000
darryl.tarver@us.dlapiper.com
alexa.ain@us.dlapiper.com
ellen.dew@us.dlapiper.com

*Attorneys for Defendants MGM Resorts International, The Mirage Casino-Hotel, LLC, and New Castle, LLC*

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | KEMP JONES, LLP |
|---|---|
| By: /s/ Emily L. Dyer<br>Gregory A. Brower<br>Nevada Bar No. 5232<br>Emily L. Dyer<br>Nevada Bar No. 14512<br>100 North City Parkway, Suite 1600<br>Telephone: (702) 382-2101<br>gbrower@bhfs.com<br>edyer@bhfs.com<br><br>Emily Garnett (admitted *Pro Hac Vice*)<br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br>675 15th Street, Suite 2900<br>Denver, CO 80202<br>Telephone: (303) 223-1147<br>egarnett@bhfs.com<br><br>*Counsel for Defendant Treasure Island, LLC* | By: /s/ Kyle Orne<br>Nathanael R. Rulis, Nev. Bar #11259<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br>Telephone: (702) 385-6000<br>n.rulis@kempjones.com<br><br>DLA PIPER LLP (US)<br>David Sager (admitted *pro hac vice*)<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 07078<br>Telephone: (973) 520-2570<br>david.sager@dlapiper.com<br><br>Kyle Orne (admitted *pro hac vice*)<br>2525 East Camelback Road, Suite 1100<br>Phoenix, Arizona 85016<br>Telephone: (480) 606-5172<br>kyle.orne@dlapiper.com<br><br>*Counsel for Defendant Venetian Las Vegas Gaming, LLC* |

| | | |
|---|---|---|
| 1 | MCDONALD CARANO LLP | SNELL & WILMER |
| 2 | By: /s/ Kristen T. Gallagher | By: /s/ Nicole Perry |
| 3 | Kristen T. Gallagher, Nevada Bar # 9561<br>2300 W. Sahara Avenue, Suite 1200 | Patrick G. Byrne, Nev. Bar # 7636<br>Dawn L. Davis, Nev. Bar #. 13329 |
| | Las Vegas, NV 89102<br>Telephone: (702) 873-4100 | 1700 S. Pavilion Center Drive, Suite 700<br>Las Vegas, Nevada 89135 |
| | kgallagher@mcdonaldcarano.com | Telephone: (702) 784-5275<br>pbyrne@swlaw.com |
| | Ann H. MacDonald (admitted *Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP | ddavis@swlaw.com |
| | 233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606 | JONES DAY<br>Bethany Biesenthal (admitted *Pro Hac Vice*) |
| | Telephone: (312) 258-5500<br>ann.macdonald@afslaw.com | Allison McQueen (admitted *Pro Hac Vice*)<br>110 North Wacker Drive, Suite 4800<br>Chicago, Illinois 60606 |
| | Elise H. Yu (admitted *Pro Hac Vice*)<br>ARENTFOX SCHIFF LLP | Telephone: (312) 782-3939<br>bbiesenthal@jonesday.com |
| | 350 South Main Street, Suite 210<br>Ann Arbor, MI 48104 | amcqueen@jonesday.com |
| | Telephone: (734) 222-1500<br>elise.yu@afslaw.com | Nicole Perry (admitted *Pro Hac Vice*)<br>717 Texas Street, Suite 3300<br>Houston, Texas 77002 |
| | *Counsel for Defendants*<br>*Parball Newco, LLC, PHWLV, LLC, and Rio* | Telephone: (832) 239-3939<br>nmperry@jonesday.com |
| | *Properties, LLC* | *Attorneys for Defendant*<br>*Wynn Las Vegas, LLC* |