1

2

3

4              UNITED STATES DISTRICT COURT

5                   DISTRICT OF NEVADA

6                          * * *

7    MARCY C., pseudonmously,              Case No.2:24-CV-2027  JCM (MDC)

8                        Plaintiff(s),                     ORDER

9         v.

10   MGM RESORTS INTERNATIONAL, et al.,

11                       Defendant(s).

12

13        Presently before the court is a motion to dismiss filed by defendants Extended Stay

14   America, Inc., ESA P Portfolio L.L.C., and ESA P Portfolio Operating Lessee LLC (collectively

15   referred to as "ESA defendants").  (ECF No. 136).  Plaintiff McKenzie Keller filed a response.

16   (ECF No. 139).

17        "[An] amended complaint supersedes the original, the latter being treated as non-existent."

18   *Loux v. Rhay*, 375 F.2d 55, 57 (9th Cir. 1967), *overruled on other grounds by Lacey v. Maricopa

19   Cty.*, 693 F.3d 896 (9th Cir. 2012).  The ESA defendants filed the motion to dismiss plaintiff's

20   prior complaint (ECF No. 136).  However, alongside its response, plaintiff filed an amended

21   complaint that is now the operative complaint in this action.  (ECF No. 138).  The ESA defendants

22   have not filed a motion to dismiss plaintiff's amended complaint.

23   . . .

24   . . .

25   . . .

26   . . .

27   . . .

28

**I.     Conclusion**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the ESA defendants'
motion to dismiss the prior complaint (ECF No. 136) be, and the same hereby is, DENIED as
MOOT.

DATED October 29, 2025.

_____
UNITED STATES DISTRICT JUDGE