Christopher T. Byrd, Esq.
Nevada Bar No. 6582
cbyrd@wwhgd.com
Trisha R. Delos Santos, Esq.
Nevada Bar No. 15902
tdelossantos@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Boulevard, Suite 400
Las Vegas, Nevada  89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants Extended Stay America, Inc.; ESA P Portfolio, L.L.C.; and ESA P Portfolio Operating Lessee, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MARCY C., pseudonymously,<br><br>    Plaintiff,<br><br>vs.<br><br>MGM RESORTS INTERNATIONAL; THE MIRAGE CASINO-HOTEL, LLC; NEW CASTLE, LLC; TREASURE ISLAND LV, LLC; PHILLIP E. RUFFIN; PARBALL NEWCO, LLC; PHWLV, LLC; RIO PROPERTIES, LLC; VENETIAN LAS VEGAS GAMING, LLC.; WYNN LAS VEGAS, LLC,<br><br>    Defendants. | Case No.   2:24-cv-2027<br><br>PLAINTIFF AND DEFENDANTS EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO L.L.C., AND ESA P PORTFOLIO OPERATING LESSEE LLC'S STIPULATION OF DISMISSAL AS TO DEFENDANTS EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO L.L.C., AND ESA P PORTFOLIO OPERATING LESSEE LLC |

    COMES NOW Plaintiff and Extended Stay America, Inc., ESA P Portfolio L.L.C., and ESA P Portfolio Operating Lessee LLC (the "ESA Defendants"), who hereby agree, represent, and stipulate as follows:

    1.    Plaintiff and the ESA Defendants shall be collectively referred to hereinafter as the Stipulating Parties.

    2.    Plaintiff's initial Complaint in this matter, which included claims against the ESA Defendants, was filed October 3, 2024, in the District Court of Clark County Nevada, and removed to this Court on October 29, 2024 (the "Nevada Action").  (ECF No. 1).

3. On November 1, 2024, the ESA Defendants filed two separate Motions to Dismiss. One for lack of jurisdiction and improper venue (ECF No. 11) and one for failure to state a claim (ECF No. 12).

4. On June 6, 2025, Plaintiff filed her Consolidated Response to Defendants' Motion to Dismiss and for Leave to Amend Complaint. (ECF No. 116).

5. On July 17, 2025, the Court entered an Order, wherein it ruled, in pertinent part:

- The ESA Defendants' motions to dismiss were procedurally improper, because they were not consolidated into a single motion. Thus, the ESA Defendants' motions to dismiss were denied with leave to refile.

- The Court allowed Plaintiff to amend her Complaint "reflecting the proper claims, defendants, and venue".

6. On July 18, 2025, the ESA Defendants consolidated their prior motions to dismiss and filed the singular Motion to Dismiss Pursuant to FRCP 12(b)(2), 12(b)(3), and 12(b)(6). (ECF No. 136).

7. On July 21, 2025, the Plaintiff initiated an action against the ESA Defendants in the United States District Court for the District of Utah (the "Utah Action"). In the Utah Action, Plaintiff essentially re-filed the claims against the ESA Defendants which she originally brought in the Nevada Action.

8. On August 1, 2025, the Plaintiff filed her First Amended Complaint herein ("FAC"). (ECF No. 139). Because Plaintiff was proceeding against the ESA Defendants in the Utah Action, she dropped her claims against the ESA Defendants in the Nevada Action. Plaintiff's FAC does not name and makes no claims against the ESA Defendants.

9. On October 10, 2025, the Court entered an Order denying the ESA Defendant's July 18th Motion to Dismiss as moot, holding that the FAC had superseded the original Complaint. (ECF No. 166).

10. The Stipulating Parties understand that, per the FAC, there are presently no claims pending against the ESA Defendants in the Nevada Action.

11. However, perhaps due to the complex procedural history of this action, the ESA

1  Defendants appear to remain on the docket as though they are still parties to the Nevada Action.

2      12.    The Stipulating Parties represent and agree that there are no longer any claims
3  against the ESA Defendants that remain pending in the Nevada Action, and that the ESA
4  Defendants are not parties to the Nevada Action.

5      Accordingly, the Stipulating Parties seek an Order from the Court dismissing the ESA
6  Defendants from the Nevada Action without prejudice and removing the ESA Defendants from
7  this Court's docket.

8      IT IS SO STIPULATED, through Counsel of Record.

9      DATED this 31st day of October, 2025.

*/s/ Christopher T. Byrd*
Christopher T. Byrd, Esq.
Trisha R. Delos Santos, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendants Extended Stay America, Inc.; ESA P Portfolio L.L.C.; and ESA P Portfolio Operating Lessee, LLC*

*/s/ Geoffrey C. Parker, Esq.*
*(signed with express permission)*
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
*Attorney for Plaintiff*

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: November 5, 2025

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October, 2025, a true and correct copy of the foregoing PLAINTIFF AND DEFENDANTS EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO L.L.C., AND ESA P PORTFOLIO OPERATING LESSEE LLC'S STIPULATION OF DISMISSAL AS TO DEFENDANTS EXTENDED STAY AMERICA, INC., ESA P PORTFOLIO L.L.C., AND ESA P PORTFOLIO OPERATING LESSEE LLC with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Christopher T. Byrd*
WEINBERG, WHEELER, HUDGINS GUNN & DIAL, LLC