GREGORY A. BROWER, ESQ., Nevada Bar No. 5232
gbrower@bhfs.com
EMILY L. DYER, ESQ., Nevada Bar No. 14512
edyer@bhfs.com
MADYSON B. BATHKE, ESQ., Nevada Bar No. 16192
mbathke@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada  89106
Telephone: 702.382.2101
Facsimile:  702.382.8135

*Attorneys for Treasure Island, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| McKENZIE KELLER,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO-HOTEL, LLC, NEW CASTLE, LLC, TREASURE ISLAND, LLC, PHILLIP E. RUFFIN, PARBALL NEWCO, LLC, PHWLV, LLC, RIO PROPERTIES, LLC; VENETIAN LAS VEGAS GAMING, LLC; WYNN LAS VEGAS, LLC,<br><br>Defendants. | Case No. 2:24-cv-02027-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO PLAINTIFF'S MOTION TO AMEND UNDER RULES 59(e) AND RULE 15 [ECF NOS. 172, 173]**<br><br>**(First Request)** |

Plaintiff McKenzie Keller ("Plaintiff"), and Defendants MGM Resorts International; The Mirage Casino-Hotel, LLC; New Castle, LLC; Treasure Island, LLC; Parball Newco, LLC; PHWLV, LLC; Rio Properties, LLC; Venetian Las Vegas Gaming, LLC; and Wynn Las Vegas, LLC (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

1. Plaintiff filed a Motion to Amend Under Rule 59(e) and Rule 15 (the "Motion") [ECF Nos. 172, 173], on December 11, 2025.

2. The current deadline for Defendants to oppose the Motion is December 26, 2025.

36660922.3

3. In light of the upcoming holidays and counsels' schedules, the Parties have agreed to extend Defendants' deadline to oppose the Motion to January 9, 2026.

4. This is the first request for an extension of the deadline to oppose the Motion.

5. This Stipulation is submitted in good faith and not for any improper purpose.

**DATED** this 16th day of December, 2025.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: January 9, 2026

Respectfully submitted by:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**

BY: */s/ Emily L. Dyer*
Gregory A. Brower, Esq.
Emily L. Dyer, Esq.
Madyson B. Bathke, Esq.

*Attorneys for Treasure Island, LLC*

**HILTON PARKER LLC**

BY: */s/ Geoffrey C. Parker*
Jonathan L. Hilton, Esq.
Geoffrey C. Parker, Esq.

**THE702FIRM INJURY ATTORNEYS**

Michael C. Kane, Esq.
*Attorneys for Plaintiff*

**KNIGHT & RYAN PLLC**

BY: */s/ Ellen E. Dew*
Robert A. Ryan, Esq.
Scott A. Knight, Esq.

DLA Piper LLP (US)
Ellen E. Dew, Esq. (*Pro Hac Vice*)
Darryl Tarver, Esq. (*Pro Hac Vice* forthcoming)
Sima G. Fried, Esq. (*Pro Hac Vice* forthcoming)

*Attorneys for MGM Resorts International, The Mirage Casino-Hotel, LLC, and New Castle, LLC*

**SNELL & WILMER**

BY: */s/ Nicole Perry*
Patrick G. Byrne, Esq.
Dawn L. Davis, Esq.

JONES DAY
Bethany Biesenthal, Esq. (*Pro Hac Vice*)
Allison McQueen, Esq. (*Pro Hac Vice*)
Nicole Perry, Esq. (*Pro Hac Vice*)

*Attorneys for Wynn Las Vegas, LLC*

| | |
|---|---|
| **MCDONALD CARANO LLP** | **KEMP JONES** |
| BY: */s/ Elise H. Yu*<br>Kristen T. Gallagher, Esq. | BY: */s/ Kyle T. Orne*<br>Nathanael R. Rulis, Esq. |
| ARENTFOX SCHIFF LLP<br>Ann H. MacDonald, Esq. (*Pro Hac Vice*)<br>Elise H. Yu, Esq. (*Pro Hac Vice*) | DLA PIPER LLP (US)<br>David Sager, Esq. (*Pro Hac Vice*)<br>Kyle T. Orne, Esq. (*Pro Hac Vice*) |
| *Attorneys for Parball Newco, LLC, PHWLV, LLC, and Rio Properties, LLC* | *Attorneys for Venetian Las Vegas Gaming, LLC* |

- 3 -

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and that on December 16, 2025, the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE OPPOSITIONS TO PLAINTIFF'S MOTION TO AMEND UNDER RULES 59(e) AND RULE 15 [ECF Nos. 172, 173](First Request)** was served via electronic service through the Court's CM/ECF Filing System, to all parties and counsel as identified on the court-generated Notice of Electronic Filing.

*/s/ Paula Kay*
an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP

- 4 -