**MICHAEL C. KANE, ESQ.**
Nevada Bar No. 10096
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
E-Mail:    service@the702firm.com

**GEOFFREY C. PARKER, ESQ.**
Nevada Bar No. 16952
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:    (614) 927-5980
E-Mail:    gparker@hiltonparker.com

*Attorneys for McKenzie Keller*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| McKENZIE KELLER,<br><br>Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL, THE MIRAGE CASINO-HOTEL, LLC, NEW CASTLE, LLC, TREASURE ISLAND, LLC, PHILLIP E. RUFFIN, PARBALL NEWCO, LLC, PHWLV, LLC, RIO PROPERTIES, LLC; VENETIAN LAS VEGAS GAMING, LLC; WYNN LAS VEGAS, LLC,<br><br>Defendants. | Case No. 2:24-cv-02027-JCM-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLIES IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND UNDER RULES 59(e) AND RULE 15 [ECF NOS. 172, 173]**<br><br>**(First Request)** |

Plaintiff McKenzie Keller ("Plaintiff"), and Defendants MGM Resorts International; The Mirage Casino-Hotel, LLC; New Castle, LLC; Treasure Island, LLC; Parball Newco, LLC; PHWLV, LLC; Rio Properties, LLC; Venetian Las Vegas Gaming, LLC; and Wynn Las Vegas, LLC (collectively, "Defendants" and with Plaintiff, the "Parties"), by and through their undersigned counsel of record, hereby stipulate and agree as follows:

 1. Plaintiff filed a Motion to Amend Under Rule 59(e) and Rule 15 (the "Motion") [ECF Nos. 172, 173], on December 11, 2025.

36660922.3

1   2.   Defendants filed their oppositions to the Motion on January 9, 2026. [ECF Nos. 176, 177, 178, 179, 181.] Defendants' five oppositions consist of a total of 64 pages of substantive briefing. *See* [*id.*]

3.   The current deadline for Plaintiff to file her replies in support of her motion is Friday, January 16, 2026.

4.   Plaintiff's counsel (a three-attorney firm) are presently preparing for trial in another matter, which is set for Monday, January 19, 2026 through Thursday, January 22, 2026.

5.   In light Plaintiff's counsel's schedule and the extent of the required briefing, the parties agree to extend Plaintiff's deadline to reply in support of her motion through <u>Friday, January 30, 2026</u>.

6.   This is the first request for an extension of the deadline to reply in support of the Motion.

7.   This Stipulation is submitted in good faith and not for any improper purpose.

**DATED** this 13th day of January, 2026.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated  January 14, 2026

Respectfully submitted by:

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **HILTON PARKER LLC** |
| BY: */s/ Emily L. Dyer*<br>Gregory A. Brower, Esq.<br>Emily L. Dyer, Esq.<br>Madyson B. Bathke, Esq.<br><br>*Attorneys for Treasure Island, LLC* | BY: */s/ Geoffrey C. Parker*<br>Jonathan L. Hilton, Esq.<br>Geoffrey C. Parker, Esq.<br><br>THE702FIRM INJURY ATTORNEYS<br><br>Michael C. Kane, Esq.<br>*Attorneys for Plaintiff* |

- 2 -

1

2   **KNIGHT & RYAN PLLC**                                **SNELL & WILMER**

3   BY: */s/ Ellen E. Dew*
    Robert A. Ryan, Esq.                                  BY: */s/ Nicole M. Perry*
    Scott A. Knight, Esq.                                 Patrick G. Byrne, Esq.
4                                                         Dawn L. Davis, Esq.
    DLA Piper LLP (US)
5   Ellen E. Dew, Esq. (*Pro Hac Vice*)                   JONES DAY
    Darryl Tarver, Esq. (*Pro Hac Vice*                   Bethany Biesenthal, Esq. (*Pro Hac Vice*)
6   forthcoming)                                          Allison McQueen, Esq. (*Pro Hac Vice*)
    Sima G. Fried, Esq. (*Pro Hac Vice*                   Nicole Perry, Esq. (*Pro Hac Vice*)
7   forthcoming)
                                                          *Attorneys for Wynn Las Vegas, LLC*
8   *Attorneys for MGM Resorts International,
    The Mirage Casino-Hotel, LLC, and New*
9   *Castle, LLC*

10

11  **MCDONALD CARANO LLP**                               **KEMP JONES**

12  BY: */s/ Elise H. Yu*
    Kristen T. Gallagher, Esq.                            BY: */s/ Kyle T. Orne*
                                                          Nathanael R. Rulis, Esq.
13  ARENTFOX SCHIFF LLP
    Ann H. MacDonald, Esq. (*Pro Hac Vice*)               DLA PIPER LLP (US)
14  Elise H. Yu, Esq. (*Pro Hac Vice*)                    David Sager, Esq. (*Pro Hac Vice*)
                                                          Kyle T. Orne, Esq. (*Pro Hac Vice*)
15  *Attorneys for Parball Newco, LLC, PHWLV,
    LLC, and Rio Properties, LLC*                         *Attorneys for Venetian Las Vegas Gaming,*
16                                                        *LLC*

17

18

19

20

21

22

23

24

25

26

27

28